IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN L. GLASS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>)<br>PFIZER, INC., )<br>)<br>)<br>Defendant ) | No. C-06-5190<br>**STIPULATION OF**<br>**DISMISSAL WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the respective parties hereto that the above entitled action be discontinued and dismissed without prejudice as against Pfizer, Inc., and without costs to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED** that if Plaintiff's case (Number 001660-06) currently pending in the Superior Court of New Jersey is also discontinued and Plaintiff wishes to file her case again, she will only do so in federal district court.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed by facsimile and in counterparts, wherein each such signature shall be deemed to be an original thereof.

Dated: April 23, 2007

Respectfully submitted,

By:_____
Eric M. Terry, IL 6282169
Tor A. Hoerman, IL 6229439

SIMMONSCOOPER LLC
707 Berkshire Blvd.
PO Box 521
East Alton, IL 62024
Phone: 618-259-2222
Fax: 619-259-2251
&
Hanly Conroy Bierstein Sheridan,
Fisher & Hayes LLP
112 Madison Avenue - 7th Floor
New York, NY 10016-7416
Phone: 212-784-6400

*ATTORNEYS FOR PLAINTIFF*

Dated: *April 27*, 2007

**GORDON & REES**

By: /s/ Stuart M. Gordon
Stuart M. Gordon, Esq.
Embarcadero CenterWest
275 Battery Street, Suite 2000
San Francisco, CA 94111
Phone: 415-986-5900
Fax: 415-986-8054

*DEFENDANT'S LIASON COUNSEL*



May 2, 2007

2